# EXHIBIT A
## PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: Pope v. Experian Information Solutions, LLC
CASE NO: 5:17-cv-02046-JLS

| Matter | Deadline | Plaintiff(s) Request | Defendant(s) Request |
|---|---|---|---|
| Last Day to File Motions to Add Parties and Amend Pleadings | Scheduling Conference Date plus 60 Days | 1/14/2019 | 1/14/2019 |
| Fact Discovery Cut-Off | 18 weeks before the Final Pretial Conference ("FPTC") | 5/17/2019 | 5/17/2019 |
| Last Day to Serve Initial Expert Reports | 16 weeks before the FPTC | 5/31/2019 | 5/31/2019 |
| Last Day to File Motions (except *Daubert* and all other Motions in Limine) | 16 weeks before the FPTC | 5/31/2019 | 5/31/2019 |
| Last Day to Serve Rebuttal Expert Reports | 12 weeks before the FPTC | 6/28/2019 | 6/28/2019 |
| Last Day to Conduct Settlement Proceedings | 9 weeks before the FPTC | 7/19/2019 | 7/19/2019 |
| Expert Discovery Cut-Off | 8 weeks before the FPTC | 7/26/2019 | 7/26/2019 |
| Last Day to File *Daubert* Motions | 7 weeks before the FPTC | 8/2/2019 | 8/2/2019 |
| Last Day to File Motions in Limine (other than *Daubert* Motions) | 4 weeks before the FPTC | 8/23/2019 | 8/23/2019 |
| Final Pre-Trial Conference **(Friday at 10:30 a.m.)** | | 9/20/2019 | 9/20/2019 |

**Revised: October 1, 2018**